**Galen H. WELCH, Former Collector of Internal Revenue, Appellant, v. W. E. DECKER, Appellee.**

No. 7914.

Circuit Court of Appeals, Ninth Circuit.

Aug. 5, 1935.

Peirson M. Hall, U. S. Atty., and Eugene Harpole, Atty., Bureau of Internal Revenue, both of Los Angeles, Cal., for appellant.

George G. Witter, of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.